**SAO**
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
Facsimile: (702) 258-0093
E-service: court@lesstovall.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDOLPH DAVILA, individually<br><br>Plaintiff,<br><br>vs.<br><br>DEREK WOLF, individually, Does I-X and Roe Corporations I-XX<br><br>Defendant. | Case No.: 2:18-cv-02235-JAD-VCF |

## STIPULATION AND ORDER TO AMEND CAPTION

The parties by and through their representing counsels hereby stipulate to amend the caption of this case to correct the spelling of the Defendant Derek Wolf to Derek Wolfe

DATED this 15th day of May, 2019.
STOVALL & ASSOCIATES

/s/ Leslie Mark Stovall
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Defendants/Third Party Claimant*

DATED this 15th day of May, 2019.
PITEGOFF LAW OFFICE INC.

/s/ Matthew R. Giacomini
Jeffrey I. Pitegoff, Esq.
Nevada State Bar 005458
PITEGOFF LAW OFFICE INC.
330 East Charleston Boulevard, Suite 100
Las Vegas, Nevada 89104
Matthew R. Giacomini, ESQ.
Colorado Bar No.14096
Springer and Steinberg, P.C.
1200 Broadway, ste. 1200
Denver, CO 80202
*Attorneys for Defendant*

## ORDER

Based upon the Stipulation of the parties, and for good cause appearing, it is hereby ORDERED ADJUDGED AND DECREED that the caption of this case be amended to correct the spelling of the Defendant Derek Wolf to Derek Wolfe

IT IS SO ORDERED this 15th day of May, 2019.

~~DISTRICT COURT~~ JUDGE
United States Magistrate

Submitted By:
STOVALL & ASSOCIATES

/s/ *Leslie Mark Stovall*
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
2301 Palomino Lane
Las Vegas, NV 89107
*Attorneys for Plaintiffs*