LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107
Telephone: (702) 258-3034
E-service: court@lesstovall.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RANDOLPH DAVILA, individually ) | |
| ) | CASE NO.: 2:18-cv-02235-JAD-VCF |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DEREK WOLFE, individually, DOES I-X ) | |
| and ROE CORPORATIONS I-X inclusive, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER FORBIDDING DISCLOSURE (FIRST REQUEST)**

COMES NOW Plaintiff, by and through his attorneys, STOVALL & ASSOCIATES, and files this Motion to extend the time for plaintiff to file a response to defendant's motion for protective order forbidding disclosure (ECF NO. 92). This is the first request for an extension of time to oppose this motion. Defendant's motion was filed on September 21, 2020. Plaintiff's response is due on October 5, 2020. Through this motion, plaintiff requests an extension to October 19, 2020 to file the response. Defendant does not oppose the extension of time.

/ / /

/ / /

/ / /

This motion is based upon the pleadings and papers on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument this Court may entertain at the hearing of this Motion.

Dated this 5th day of October 2020.

        STOVALL & ASSOCIATES

        */s/ Ross Moynihan*

        _____
        ROSS H. MOYNIHAN, ESQ.
        Nevada Bar No. 11848
        2301 Palomino Lane
        Las Vegas, Nevada 89107
        *Attorney for Plaintiff*

## **DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION**

ROSS MOYNIHAN, declares and states as follows:

1. I am an attorney at the Law Office of Stovall & Associates, counsel for Plaintiff, and am licensed to practice law in the State of Nevada.

2. On September 21, 2020, Defendant filed a MOTION for Protective Order Forbidding Disclosure of Privileged Information. ECF NO. 92.

3. Plaintiff's response to the motion is due on October 5, 2020.

4. I require additional time to complete and file the opposition due to workload issues.

5. On October 5, 2020 I sent an email to defendant's counsel requesting an extension of 14 days to file the opposition.

6. Defendant's counsel advised that defendant does not oppose the plaintiff's request for an extension of time.

7. I declare under penalty of perjury that the foregoing is true and correct.

DATED this 5th day of October 2020.

/s/ Ross Moynihan
ROSS MOYNIHAN, ESQ.

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP 6(b) states:

(b) Extending Time.
(1) In General.

When an act may or must be done within a specific time. The court may, for good cause, extend the time:

(A) with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or
(B) on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

(a) A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.
...

(c) A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion, must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

/ / /

/ / /

Based upon the declaration of counsel, plaintiff submits that good cause exists for the extension of plaintiff's time by 14 days from October 5, 2020 to October 19, 2020 to file his response to defendant's motion for protective order forbidding disclosure.

Dated this 5th day of October 2020.

STOVALL & ASSOCIATES

/s/ Ross Moynihan
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiffs*

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

Dated:  10-6-2020

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of October 2020, service of the foregoing PLAINTIFF'S MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER FORBIDDING DISCLOSURE was made this date through the court's electronic filing system to the following:

Richard A. Schnofeld, Esq.
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, NV 89101
Email: rschonfeld@cslawoffice.net
*Attorneys for Defendant*

Matthew R. Giacomini, Esq.
Springer and Steinberg, P.C.
1600 Broadway Suite 1200
Denver, CO 80202
Email: mgiacomini@springersteinberg.com
*Attorneys for Defendant*

            */s/ Ross Moynihan*
            An employee of STOVALL & ASSOCIATES