1  LESLIE MARK STOVALL, ESQ.
   Nevada Bar No. 2566
2  ROSS MOYNIHAN, ESQ.
   Nevada Bar No. 11848
3  STOVALL & ASSOCIATES
4  2301 Palomino Lane
   Las Vegas, NV 89107
5  Telephone: (702) 258-3034
6  E-service: court@lesstovall.com
   Attorney for Plaintiff
7
8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10  RANDOLPH DAVILA, individually        )
11                                       )     CASE NO.: 2:18-cv-02235-JAD-VCF
                      Plaintiff,         )
12  vs.                                  )
                                         )
13  DEREK WOLFE, individually, DOES I-X  )
    and ROE CORPORATIONS I-X inclusive,  )
14                                       )
15                    Defendants.        )

16  **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND THE TIME FOR PLAINTIFF**
17  **TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE**
    **ORDER FORBIDDING DISCLOSURE (SECOND REQUEST)**
18
19          COMES NOW Plaintiff, by and through his attorneys, STOVALL & ASSOCIATES, and

20  files this Motion to extend the time for plaintiff to file a response to defendant's motion for

21  protective order forbidding disclosure (ECF NO. 92). This is the second request for an extension

22  of time to oppose this motion. Defendant's motion was filed on September 21, 2020. Plaintiff's

23  response was initially due on October 5, 2020. On October 5, 2020, plaintiff filed his first motion

24  to extend time to October 19, 2020, which was granted by the court. Through this motion,

25  plaintiff requests an additional extension to November 19, 2020 to file the response. The reason

26  for the requested extension is that the parties are attempting to resolve the issues that exist in the

27

28

defendant's motion. Defendant agrees to, and does not oppose, the extension of time requested in this motion.

This motion is based upon the pleadings and papers on file herein, the Memorandum of Points and Authorities attached hereto, and any oral argument this Court may entertain at the hearing of this Motion.

Dated this 19th day of October 2020.

STOVALL & ASSOCIATES

*/s/ Ross Moynihan*

_____
ROSS H. MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, Nevada 89107
*Attorney for Plaintiff*

**DECLARATION OF PLAINTIFF'S COUNSEL IN SUPPORT OF MOTION**

ROSS MOYNIHAN, declares and states as follows:

1.      I am an attorney at the Law Office of Stovall & Associates, counsel for Plaintiff, and am licensed to practice law in the State of Nevada.

2.      On September 21, 2020, Defendant filed a MOTION for Protective Order Forbidding Disclosure of Privileged Information. ECF NO. 92.

3.      Plaintiff's response to the motion was due on October 5, 2020 when plaintiff filed an unopposed motion to extend time to file a response to October 19, 2020, and which the court subsequently granted.

4.     Since that time, the parties have been attempting to resolve the issues that exist in the motion for protective order and agree that plaintiff's time to file a response should be extended from October 19, 2020 to November 19, 2020 in the hope that, in the meantime, the parties can resolve the issues and render the defendant's motion moot.

5.     I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of October 2020.

*/s/ Ross Moynihan*
ROSS MOYNIHAN, ESQ.

## MEMORANDUM OF POINTS AND AUTHORITIES

FRCP 6(b) states:

(b) Extending Time.
(1) In General.

When an act may or must be done within a specific time. The court may, for good cause, extend the time:

(A)     with or without motion or notice if the courts acts, or if a request is made, before the original time or its extension expires; or

(B)     on motion made after the time has expired if the party failed to act because of excusable neglect.

LRIA6-1 states in pertinent part:

(a)     A motion or stipulation to extend time must state the reasons for the extension requested and must inform the court of all previous extension of the subject deadline the court granted.
        ...

(c)     A stipulation or motion to seeking to extend the time to file an opposition or reply to a motion, or to extend the time fixed for hearing a motion, must state in its opening paragraph the filing date of the subject motion or the date of the subject hearing.

/ / /

/ / /

1       Based upon the declaration of counsel, plaintiff submits that good cause exists for the

2   extension of plaintiff's time to file his response to defendant's motion for protective from

3   October 19, 2020 to November 19, 2020.

4       Dated this 19th day of October 2020.

5

6           STOVALL & ASSOCIATES

7           */s/ Ross Moynihan*

8           ROSS H. MOYNIHAN, ESQ.
        Nevada Bar No. 11848

9           2301 Palomino Lane
        Las Vegas, Nevada 89107

10          *Attorney for Plaintiffs*

11

12      IT IS SO ORDERED.

13

14

15  _____

16  Cam Ferenbach
    United States Magistrate Judge

17        10-20-2020
    Dated:_____

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 19th day of October 2020, service of the foregoing PLAINTIFF'S MOTION TO EXTEND THE TIME FOR PLAINTIFF TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR PROTECTIVE ORDER FORBIDDING DISCLOSURE was made this date through the court's electronic filing system to the following:

Richard A. Schnofeld, Esq.
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, NV 89101
Email: rschonfeld@cslawoffice.net
*Attorneys for Defendant*

Matthew R. Giacomini, Esq.
Springer and Steinberg, P.C.
1600 Broadway Suite 1200
Denver, CO 80202
Email: mgiacomini@springersteinberg.com
*Attorneys for Defendant*

<u>/s/ Ross Moynihan</u>
An employee of STOVALL & ASSOCIATES